UNITED STATES DISTRICT COURT
EASETERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAUREL HILBERT,　　　　　　　　　　Case No. 2:24-cv-10413-MAG-CI

　　　Plaintiff,　　　　　　　　　　　　Hon. Mark A. Goldsmith
v.　　　　　　　　　　　　　　　　　Magistrate Judge Curtis Ivy, Jr.

ATHENEUM HOTEL CORPORATION,

　　　Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before this Court upon stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED THAT this lawsuit is dismissed with prejudice and without costs to either party.

**THIS IS A FINAL ORDER AND CLOSES THE CASE.**

Date: January 12, 2025　　　　s/Mark A. Goldsmith
　　　　　　　　　　　　　　HON. MARK A. GOLDSMITH
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE